*110895 20*
*3.20*
*3/16/10*

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 3-15-10

CASE: Sheila M. Ortiz
Rafael A. Ortiz

DOCKET #: 06-02703

RECEIVED MAR 16 2010 BANKRUPTCY COURT BUFFALO, NY

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

(✗) Checks under $5.00

( ) Other  P/c 12  Kulwant Bangoo
4 Cazenovia St.
Buffalo, N.Y. 14220